AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| Recardo Sims | ) | Case No. 1:20-cr-111 |
| | ) | USM No. 10016-509 |
| | ) | Hal Arenstein — Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1-6__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Must refrain from any unlawful use of a controlled substance | 12/13/23 |
| 2 | Must not unlawfully possess a controlled substance | 12/13/23 |
| 3 | Must report to the probation officer as instructed | 2/20/24 |
| 4 | Must be employed full-time and notify the probation officer of any change in employment status | 2/20/24 |
| 5 | Must allow the probation officer to visit him at any time at his home or elsewhere | 2/20/24 |
| 6 | Must follow the instructions of he probation officer related to the conditions of supervision | 2/20/24 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5254

Defendant's Year of Birth: 1994

City and State of Defendant's Residence: Cincinnati, Ohio

05/22/2024
Date of Imposition of Judgment

/s/ (Signature of Judge)

Douglas R. Cole - U.S. District Judge
Name and Title of Judge

05/22/2024
Date

DEFENDANT: Recardo Sims
CASE NUMBER: 1:20-cr-111

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

12 months and 1 day with credit for time served

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL